# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRIAN RICH,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:13-1979 |
| v. | : | (JUDGE MANNION) |
| **JAY and ELIZABETH HOUSMAN,** | : | |
| Defendants | : | |

## ORDER

For the reasons discussed in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) The defendants' motion to dismiss pursuant to Fed. R. Civ. Pro. 12(b)(2), (Doc. 7), is **GRANTED**;

(2) The case is **DISMISSED WITHOUT PREJUDICE** to refiling in a court with personal jurisdiction over the defendants;

(3) The clerk is **ORDERED** to close this case.


*s/Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 5, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-1979-01-ORDER.wpd